UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of December, two thousand and fourteen,

_____

| | |
|---|---|
| Josephine Smalls Miller, | **ORDER** |
| | Docket No. 14-3619 |
| Plaintiff - Appellant, | |
| v. | |
| Bridgeport Board of Education, Mark T. Anastasi, | |
| Defendants - Appellees. | |

_____

Appellant's Josephine Smalls Miller submission of an appendix does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said appendix is stricken from the docket.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

