**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of October, two thousand and fourteen,

Josephine Smalls Miller,

Plaintiff - Appellant,

v.

Bridgeport Board of Education, Mark T. Anastasi,

Defendants - Appellees.

ORDER
Docket Number: 14-3619

    A notice of appeal was filed on September 29, 2014. The Appellant's Acknowledgment and Appearance Form was due October 14, 2014 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

    IT IS HEREBY ORDERED that the appeal will be dismissed effective October 29, 2014 if the Acknowledgment and Appearance Form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/10/2014