# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

―――――――――――――――――――――――――――――――――

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of December, two thousand and fourteen.

―――――――――――――――――――――――――――――――――

Josephine Smalls Miller,

       Plaintiff-Appellant,

       v.

Bridgeport Board of Education, *et al.*,

       Defendants-Appellees.

**ORDER**

Docket No. 14-3619

―――――――――――――――――――――――――――――――――

IT IS HEREBY ORDERED that the Appellees' motion to dismiss, filed October 30, 2014, is DENIED as moot in light of the Court's mandate issued on December 10, 2014.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

